IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORIOLAN CEDANT,<br><br>                Petitioner,<br><br>vs.<br><br>LEONARD ODDO, *et al.*,<br><br>                Respondents. | )<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-154<br>) Judge Stephanie L. Haines<br>) Magistrate Judge Patricia L. Dodge<br>)<br>)<br>) |

## MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed *pro se* by Coriolan Cedant ("Petitioner") (ECF No. 4). Petitioner was detained at Moshannon Valley Detention Center and claimed that his detention was unconstitutionally prolonged. He sought an individualized bond hearing. This matter was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On September 16, 2025, Magistrate Judge Dodge filed a Report and Recommendation (ECF No. 14) recommending that the Petition (ECF No. 4) be dismissed as moot because the Court had learned that Petitioner had been removed from the United States prior to an Answer to the Petition being filed. The Parties were advised they could file objections to the Report and Recommendation within fourteen days. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 14) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant

to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Dodge in this matter. Judge Dodge correctly deemed Petitioner's Petition for Habeas Corpus moot as Petitioner was removed from the United States on May 20, 2025 (ECF No. 11), and as such there is no remedy the Court can provide.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 10th day of December, 2025, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 4) hereby is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERED that Magistrate Judge Dodge's Report and Recommendation (ECF No. 14) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge